UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/09
```

ANDREW BREW,

                Plaintiff,

-v-

BOCHASANWASI SHREE AKSHAR PURUSHOTTAM SWAMINARAYAN SANSTHA-NORTHEAST and KIRAN PATEL,

                Defendants.

No. 08 Civ. 3328 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt of the parties' August 7, 2009 status letter. Based on the representations in the submission, IT IS HEREBY ORDERED THAT, by August 21, 2009, the parties shall submit a joint status letter regarding their efforts to resolve this matter. All deadlines set forth in the March 31, 2009 discovery schedule remain intact (Doc. No. 11), and the parties are directed to consult my Individual Practices with respect to all subsequent communications with the Court.

SO ORDERED.

DATED:     August 10, 2009
                 New York, New York

                                                   RICHARD J. SULLIVAN
                                                   UNITED STATES DISTRICT JUDGE